**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Graling Edward ARNOLD, a/k/a
Graling Shykia Asante,
Defendant–Appellant.**

**No. 04–6380.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 4, 2004.

Graling Edward Arnold, Appellant pro se.

Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Graling Edward Arnold seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substan-tial showing of the denial of a constitution-al right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that his constitutional claims are debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See *Miller–El v. Cockrell,* 537 U.S. 322, 336, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003); *Slack v. McDaniel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d 676, 683 (4th Cir.2001). We have independently reviewed the record and conclude that Arnold has not made the requisite showing. Accordingly, we deny Arnold's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*